**Harley NEW, Petitioner, v. Ben B. STEWART, Warden, Missouri State Penitentiary.**

No. 13934.

United States Court of Appeals
Eighth Circuit.

March 15, 1949.

Harley New, pro se.

PER CURIAM.

Application for writ of habeas corpus denied.

**James J. PLAINE, Petitioner, v. E. J. LLOYD, Acting Warden, and Darlow Johnson.**

No. 13935.

United States Court of Appeals
Eighth Circuit.

March 15, 1949.

James J. Plaine, pro se.

PER CURIAM.

Application to proceed on appeal in forma pauperis denied.

**WESTERN LITHOGRAPH CO., Plaintiff-Appellant, v. W. H. BRADY CO., Defendant-Appellee.**

**Thomas R. WELCH, Plaintiff-Appellant, v. W. H. BRADY CO., Defendant-Appellee.**

Nos. 9491, 9492.

United States Court of Appeals
Seventh Circuit.

April 19, 1949.

Ira Milton Jones, of Milwaukee, Wis., and Collins Mason, R. Welton Whann, and Robert M. McManigal, all of Los Angeles Cal. (Mason & Graham, of Los Angeles, Cal., of counsel), for appellant.

Louis Quarles, Charles S. Quarles, and David A. Fox, all of Milwaukee, Wis., for appellee.

Before MAJOR, Chief Judge, and KERNER and MINTON, Circuit Judges.

PER CURIAM.

After consideration of the record, briefs, and argument in this case, and especially the wholly adequate opinion of Judge Duffy which is published in 71 F.Supp. 383, and being satisfied with his determination of all questions of fact and of law, we adopt said opinion as the opinion of this Court, and the judgment is affirmed.

**Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, v. C. W. BRENNEISEN.**

No. 3864.

United States Court of Appeals
Tenth Circuit.

March 28, 1949.

Joseph E. Babka, Chief, Litigation Division, Office of Housing Expediter of St. Louis, Mo., for appellant.

C. W. Brenneisen, Jr., of Kansas City, Kan., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Appeal dismissed, on motion of appellant.